# EXHIBIT H

STEVEN WANG, State Bar No. 191168
City Attorney
SARI MYERS DIERKING, State Bar No. 226805
Assistant City Attorney
City of Folsom
50 Natoma Street
Folsom, CA 95630
Telephone: (916) 461-6025
Facsimile: (916) 351-0536

Attorneys for Defendant
CITY OF FOLSOM

**FILED/ENDORSED**
FEB 16 2021
By: A. Macias, Deputy Clerk

*(Filing Fee Exempt: Gov. Code § 6103)*

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, and NEIGHBORHOOD ELECTIONS NOW<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FOLSOM, *et al.*,<br><br>Defendants. | Case No. 34-2020-00291639<br><br>**DECLARATION OF SARI MYERS DIERKING IN SUPPORT OF CITY OF FOLSOM'S DEMURRER TO PLAINTIFFS' COMPLAINT**<br><br>Date: June 10, 2021<br>Time: 1:30 p.m.<br>Dept.: 53<br>Judge: Hon. David I. Brown<br><br>Reservation No.: 2550176<br><br>Complaint Filed: January 5, 2021 |

I, Sari Myers Dierking, declare:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California. I am the Assistant City Attorney for the Folsom City Attorney's Office, the attorneys of record for the City of Folsom in this case. I have personal knowledge of the facts set forth in this declaration. If called upon to do so, I could and would competently testify to the following facts:

- 1 -

2. Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 1** is a true and correct copy of Governor Newsom's March 4, 2020 **Proclamation of State of Emergency** related to the COVID-19 pandemic.

3. Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 2** is a true and correct copy of Governor Newsom's **Executive Order N-34-20**, issued on March 20, 2020.

4. Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 3** is a true and correct copy of Governor Newsom's **Executive Order N-48-20**, issued on April 9, 2020.

5. On February 8, 2021, I checked the California Governor's website for proclamations: www.gov.ca.gov/category/proclamations/. I found nothing stating or indicating that the State of Emergency proclaimed by the Governor on March 4, 2020 has been terminated. In addition, I could find no proclamation terminating the State of Emergency related to the COVID-19 pandemic and no resolution of the Legislature declaring it at an end.

6. On February 8, 2021, I also checked the California Governor's website for executive orders: www.gov.ca.gov/category/executive-orders/. I found nothing stating or indicating that Executive Order N-48-20 has been rescinded or is no longer in effect.

7. Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 4** is a true and correct copy of Governor Newsom's **Executive Order N-29-20**, issued on March 17, 2020.

8. On February 10, 2021, I checked Sacramento County's website for results from the 2020 general election: www.results.saccounty.net. Under "Election Results" I clicked on the box titled "City Contests". Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 5** is a true and correct copy of Sacramento County's website showing the local election results from the November 3, 2020 general election. Results for the City of Folsom City Council election are on page 2.

9. Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 6** is a true and correct copy of the Adopted Charter

of the City of Folsom, Article II, Section 2.01. I obtained this document from the City of Folsom website: www.folsom.ca.us. I clicked on the box titled "City Government" and then on the box for "City Clerk". From there, I selected the box for "Folsom Municipal Code" and then "The Adopted Charter of the City of Folsom". A direct link to the Folsom Municipal Code and the Adopted Charter of the City of Folsom is: https://www.codepublishing.com/CA/Folsom/.

10. Attached to the Request for Judicial Notice in Support of City of Folsom's Demurrer to Plaintiffs' Complaint as **Exhibit 7** is a true and correct copy of the California Department of Public Health's December 3, 2020 Regional Stay at Home Order.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Dated: February 12, 2021

SARI MYERS DIERKING
Assistant City Attorney
Attorney for Defendant, CITY OF FOLSOM