# EXHIBIT I

FILED/ENDORSED

FEB 19 2021

By: _____
P. Vue
Deputy Clerk

1   STEVEN WANG, State Bar No. 191168
    City Attorney
2   SARI MYERS DIERKING, State Bar No. 226805
    Assistant City Attorney
3   City of Folsom
    50 Natoma Street
4   Folsom, CA 95630
    Telephone: (916) 461-6025
5   Facsimile: (916) 351-0536

6   Attorneys for Defendant
    CITY OF FOLSOM                                    *(Filing Fee Exempt: Gov. Code § 6103)*
7

8

9                   SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                          COUNTY OF SACRAMENTO

11

12
    HARI SHETTY, KAVITA SOOD, and            Case No. 34-2020-00291639
13  NEIGHBORHOOD ELECTIONS NOW,
                                             **EX PARTE APPLICATION FOR AN
14                                           ORDER ADVANCING THE HEARING
                Plaintiffs,                  DATE ON THE CITY OF FOLSOM'S
15                                           DEMURRER TO MARCH 17, 2021**
       vs.
16                                           Date: February 23, 2021
    CITY OF FOLSOM, *et al.*,                Time: 9:00 a.m.
17                                           Dept.: 53
                Defendants.                  Judge: Hon. Shama H. Mesiwala
18
                                             Complaint Filed: January 5, 2021
19

20

21

22                              **INTRODUCTION**

23          COMES NOW Defendant, City of Folsom, respectfully requesting that the Court grant

24  this Ex Parte Application to advance the hearing date on its demurrer to Plaintiffs' complaint so

25  that the demurrer may be heard in conjunction with that of San Juan Unified School District in the

26  related case of *Kincaid, et al. v. San Juan Unified School District,* Case No. 34-2020-00286475,

27  in the interests of judicial economy.

28  ///

1

## FACTS AND PROCEDURAL HISTORY

2      When Plaintiffs' Complaint was served on the City of Folsom, it included a Notice of

3   Related Case, identifying *Kincaid, et al. v. San Juan USD*, case number 34-2020-00286475-CU-

4   CR-GDS, filed on October 5, 2020, as a case related to the instant matter[1]. (Exhibit 1 to the

5   Declaration of Sari Myers Dierking in Support of Ex Parte Application for an Order Advancing

6   the Hearing Date on the City of Folsom's Demurrer to March 17, 2021 ("Dierking Dec")[2].)

7      Upon review of the Court's Public Case Access System, and the pleadings and papers

8   filed by the parties in *Kincaid,* the City of Folsom learned that the *Kincaid* case involves claims

9   under the California Voting Rights Act (CVRA) similar to those at issue here and that San Juan

10   Unified School District filed a demurrer in that case, requiring the determination of the same or

11   substantially identical questions of law raised in the City of Folsom's demurrer. (Dierking Dec at

12   ¶¶ 3-5.) Specifically, both the City of Folsom and San Juan Unified School District demurred to

13   the complaint in their respective cases on the basis of Governor Newsom's Executive Orders N-

14   34-20 and N-48-20, which toll the timeframes in Elections Code section 10010(e), upon which

15   the plaintiffs in each case rely. (Exhibit 2 at ¶¶ 22-24 and Exhibit 3 at 6:12-9:4; Exhibit 4 at ¶ 25

16   and Exhibit 5 at 6:27-13:28.) From a review of the complaint in the *Kincaid* case, it appears as

17   though the plaintiffs in that case dispute the applicability of Executive Order N-48-20, just as

18   Plaintiffs do here. (Exhibit 2 at ¶¶ 3-4; Exhibit 4 at ¶ 26.)

19      The City of Folsom's demurrer to Plaintiffs' complaint was filed and served by mail on

20   February 12, 2021. (Exhibit 6.) The demurrer is scheduled for hearing on June 10, 2021, at 1:30

21   p.m., in Department 53. (Dierking Dec at ¶ 11; Exhibit 5, p. 1.) The demurrer in *Kincaid* will be

22   heard on March 17, 2021, at 1:30 p.m., in Department 53. (Dierking Dec at ¶ 12; Exhibit 3, p.1.)

23      Counsel for the City of Folsom contacted Plaintiffs' counsel before filing this Ex Parte

24   Application to inform him of the intent to seek Ex Parte approval to advance the hearing date on

25   the demurrer and to request support for the proposed order. (Declaration of Steven Wang in

26   Support of Ex Parte Application for an Order Advancing the Hearing Date on the City of

27

28

[1] Scott Rafferty, Esq. is counsel for plaintiffs in both cases. (Dierking Dec at ¶ 16.)
[2] Unless otherwise stated, all future references to Exhibits are Exhibits to the Dierking Dec filed herewith.

EX PARTE APPLICATION FOR ORDER ADVANCING HEARING DATE ON CITY'S DEMURRER

1  Folsom's Demurrer to March 17, 2021 ("Wang Dec") at ¶ 2.)  Plaintiffs' counsel agreed to

2  advance the hearing date on the instant demurrer.  (Wang Dec at ¶ 3.)

3       Counsel for the City of Folsom also contacted counsel for San Juan Unified School

4  District before filing this Ex Parte Application to inform him of the Ex Parte Hearing and to

5  request support for the proposed order.  (Dierking Dec at ¶¶ 13-14.)  Counsel for San Juan

6  Unified School District has no objection to the City of Folsom's request to advance the hearing

7  date on its demurrer.  (Dierking Dec at ¶¶ 13-15.)

8                                    **ARGUMENT**

9       The demurrers in the *Kincaid* case and the instant case both ask the Court to determine the

10 applicability and effect of Executive Order N-34-20 and Executive Order N-48-20 to CVRA

11 cases filed during the COVID-19 pandemic.  (Exhibit 3 at 6:12-9:4; Exhibit 5 at 6:27-13:28.)  The

12 interests of judicial economy will be well served by combining the demurrer hearings in these two

13 related cases.

14      Plaintiffs will not be prejudiced by moving the hearing date on the City of Folsom's

15 demurrer.  The demurrer was served on Plaintiffs' counsel by mail on February 12, 2021.

16 (Exhibit 6.)  Code of Civil Procedure section 1005(b) requires papers to be filed and served 16

17 court days before the hearing.  (Code of Civil Procedure § 1005(b).)  If the hearing date on the

18 City of Folsom's demurrer is advanced to March 17, 2021 as requested, Plaintiffs will have

19 received more than the statutorily required notice.  In addition, the date of the instant Ex Parte

20 Hearing is 16 court days before the requested hearing date of March 17, 2021, complying with the

21 statutory notice requirement for notice of the hearing date itself.  Plaintiffs' counsel agreed to

22 combine the hearings on the demurrers, supporting the City's position that Plaintiffs will not be

23 prejudiced if this Ex Parte Application is granted.[3]  (Wang Dec at ¶¶ 2-3.)

24      The parties in *Kincaid* will not be prejudiced by moving the hearing date on the City of

25 Folsom's demurrer.  The issues to be decided in San Juan Unified School District's demurrer in

26 the *Kincaid* case appear to be broader than those at issue in this case.  (Exhibit 3 at 9:5-26.)

27

28 [3] Plaintiffs' counsel asked for additional information to be included in this Ex Parte Application.  As a matter of professional courtesy, that information is included as Exhibit 7.  *See also* Dierking Dec at ¶ 17.

---

EX PARTE APPLICATION FOR ORDER ADVANCING HEARING DATE ON CITY'S DEMURRER

1    However, both demurrers require resolution of the threshold issue, whether Executive Orders N-

2    34-20 and N-48-20 apply in CVRA cases and operate to toll the timeframes in Elections Code

3    section 10010(e).  (Exhibit 3 at 6:12-9:4; Exhibit 5 at 6:27-13:28.)  A decision on this issue is

4    necessary in both cases, so no prejudice to the parties in *Kincaid* will occur[4].  In addition, counsel

5    for both parties in *Kincaid* have no objection to combining the hearings on the demurrers,

6    supporting the City's position that the parties in *Kincaid* will not be prejudiced if this Ex Parte

7    Application is granted.  (Wang Dec at ¶¶ 2-3; Dierking Dec at ¶¶ 13-16.)

8                              **CONCLUSION**

9        The demurrers in the instant case and the *Kincaid* case both ask the Court to resolve issues

10   involving the applicability and effect of Executive Orders N-34-20 and N-48-20 in CVRA cases.

11   Counsel for the plaintiffs in both cases has agreed to the combined hearing and counsel for San

12   Juan Unified School District, the Defendant in *Kincaid,* has no objection.  No prejudice to

13   Plaintiffs or the parties in *Kincaid* will result from the combined hearing, but judicial economy

14   will be served by hearing both demurrers at the same time.  Therefore, and for the foregoing

15   reasons, the City of Folsom respectfully requests that the hearing date on its demurrer be

16   advanced to March 17, 2021 and combined with the demurrer hearing in the related case of

17   *Kincaid v. San Juan Unified School District.*

18

19

20

21   Dated:  February 19, 2021

                                   SARI MYERS DIERKING

22                                   Assistant City Attorney

23                                   Attorney for Defendant, CITY OF FOLSOM

24

25

26

27

---

[4]Both parties in *Kincaid* were served with this Ex Parte Application by email and notified of the date, time, and

28   process for the Ex Parte hearing.  (Dierking Dec at ¶ 16.)

EX PARTE APPLICATION FOR ORDER ADVANCING HEARING DATE ON CITY'S DEMURRER

1

## **PROOF OF SERVICE**

2

I, Stacy Saldutti, declare:

3

4

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Natoma Street, Folsom, CA 95630. On February 19, 2021, I served the within documents:

5    **1. EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**

6    **2. DECLARATION OF SARI MYERS DIERKING IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S**

7    **DEMURRER TO MARCH 17, 2021**

**3. DECLARATION OF STEVEN WANG IN SUPPORT OF EX PARTE APPLICATION FOR AN**

8    **ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**

9    **4. [PROPOSED] ORDER ON EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**

10

11
☒     by delivering the document listed above via electronic mail to the email address set forth below per agreement between the parties.

12

13
☐     by transmitting via facsimile from (916) 351-0536 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m.  A copy of the transmittal/confirmation sheet is attached.

14

15
☐     by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Folsom, California addressed as set forth below.

16
☐     by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

17

18
☐     by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery

19

20
☐     by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

21  Scott Rafferty                    Domenic D. Spinelli

1913 Whitecliff Court             Spinelli, Donald & Nott

22  Walnut Creek, CA 94596        601 University Avenue, Suite 225

rafferty@gmail.com            Sacramento, CA 95825

23                                     domenics@sdnlaw.com

24

25
I am readily familiar with the City of Folsom's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of

26  business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in

27  affidavit.

28

1

        I declare under penalty of perjury under the laws of the State of California that the
above is true and correct and that this proof of service was executed on February 19, 2021, at

2   Folsom, California.

3

4                                           Stacy Saldutti

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1           **PROOF OF SERVICE**

2           I, Stacy Saldutti, declare:

3           I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Natoma Street, Folsom, CA 95630.  On February 19,

4   2021, I served the within documents:

5     1.  **EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**

6     2.  **DECLARATION OF SARI MYERS DIERKING IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S**

7        **DEMURRER TO MARCH 17, 2021**

8     3.  **DECLARATION OF STEVEN WANG IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**

9     4.  **[PROPOSED] ORDER ON EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**

10

11   ☐  by delivering the document listed above via electronic mail to the email address set forth below.

12   ☐  by transmitting via facsimile from (916) 351-0536 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m.  A copy of the

13      transmittal/confirmation sheet is attached.

14   ☐  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Folsom, California addressed as set forth below.

15

16   ☐  by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

17   ☐  by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a

18      _____ agent for delivery.

19   ☒  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

20   Clerk of the Court

21   Sacramento Superior Court
Hall of Justice Building

22   813 6th Street, 1st Floor
Sacramento, CA 95814

23

24           I am readily familiar with the City of Folsom's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that

25   same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more

26   than one day after date of deposit for mailing in affidavit.

27

28

1         I declare under penalty of perjury under the laws of the State of California that the above is
2    true and correct and that this proof of service was executed on February 19, 2021, at Folsom, California.

                    Stacy Saldutti

1   STEVEN WANG, State Bar No. 191168
    City Attorney
2   SARI MYERS DIERKING, State Bar No. 226805
    Assistant City Attorney
3   City of Folsom
    50 Natoma Street
4   Folsom, CA  95630
    Telephone: (916) 461-6025
5   Facsimile: (916) 351-0536

6   Attorneys for Defendant
    CITY OF FOLSOM                                    *(Filing Fee Exempt: Gov. Code § 6103)*

7

8

9                 SUPERIOR COURT OF THE STATE OF CALIFORNIA

10                           COUNTY OF SACRAMENTO

11

12  HARI SHETTY, KAVITA SOOD, and          Case No. 34-2020-00291639
13  NEIGHBORHOOD ELECTIONS NOW,
                                           **[PROPOSED] ORDER ON EX PARTE**
14                                         **APPLICATION TO ADVANCE THE**
                Plaintiffs,                **HEARING DATE ON THE CITY OF**
15                                         **FOLSOM'S DEMURRER TO MARCH 17,**
        vs.                                **2021**
16
    CITY OF FOLSOM, *et al.*,              Date:   February 23, 2021
17                                         Time:   9:00 a.m.
                Defendants.                Dept.:  53
18                                         Judge:  Hon. Shama H. Mesiwala

19
                                           Complaint Filed:  January 5, 2021
20

21

22

23          This matter was heard before me on February 23, 2021 at 9:00 a.m.  Counsel for Plaintiffs

24  and counsel for the City of Folsom appeared by telephone.  After reviewing the papers submitted

25  and considering the arguments of counsel, the Court rules as follows:

26  ///

27  ///

28  ///

1    GOOD CAUSE APPEARING THEREFOR, the Ex Parte Application is hereby

2  GRANTED, and the hearing on the City of Folsom's demurrer is advanced and combined with

3  the hearing on San Juan Unified School District's demurrer in the related case of *Kincaid, et al. v.*

4  *San Juan Unified School District,* case number 34-2020-00286475-CU-CR-GDS, with a hearing

5  date of March 17, 2021 at 1:30 p.m., or as soon thereafter as the matter may be heard, in this

6  Department.

7

8

9  Dated:  February ___, 2021

10                                                      _____
                                                          Honorable Shama H. Mesiwala

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RECEIVED
LAW AND MOTION DROP BOX

2021 FEB 19  PM 2: 33

GDSSC COURTHOUSE
SUPERIOR COURT
OF CALIFORNIA
SACRAMENTO COUNTY