# EXHIBIT K

STEVEN WANG, State Bar No. 191168
City Attorney
SARI MYERS DIERKING, State Bar No. 226805
Assistant City Attorney
City of Folsom
50 Natoma Street
Folsom, CA 95630
Telephone: (916) 461-6025
Facsimile: (916) 351-0536

Attorneys for Defendant
CITY OF FOLSOM

*(Filing Fee Exempt: Gov. Code § 6103)*

**FILED/ENDORSED**

FEB 19 2021

By: _____P. Vue_____
Deputy Clerk

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, and NEIGHBORHOOD ELECTIONS NOW<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FOLSOM, *et al.*,<br><br>Defendants. | Case No. 34-2020-00291639<br><br>**DECLARATION OF STEVEN WANG IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER ADVANCING THE HEARING DATE ON THE CITY OF FOLSOM'S DEMURRER TO MARCH 17, 2021**<br><br>Date: February 23, 2021<br>Time: 9:00 a.m.<br>Dept.: 53<br>Judge: Hon. Shama H. Mesiwala<br><br>Complaint Filed: January 5, 2021 |

I, Steven Wang, declare:

1. I am an attorney at law duly licensed to practice before all the Courts of the State of California. I am the City Attorney for the City of Folsom and I am the attorney of record for the City of Folsom in this matter. I have personal knowledge of the facts set forth in this declaration.

- 1 -

If called upon to do so, I could and would competently testify to the following facts:

2. On February 16, 2021, I emailed Plaintiffs' counsel, Scott Rafferty, to inform him of the June 10, 2021 hearing date on the City of Folsom's demurrer. I told him that the City of Folsom intends to ask the Court to advance the hearing date on the demurrer to March 17, 2021, the same day as the demurrer in his case with San Juan Unified School District is scheduled to be heard, to avoid any delay in resolution of the issues. I also asked Mr. Rafferty if he would agree to moving the hearing date to March 17, 2021.

3. On February 17, 2021, I received an email from Mr. Rafferty stating that his clients have agreed to have the City of Folsom's demurrer heard on March 17, 2021. Mr. Rafferty asked that our Ex Parte Application note that there are significant differences in how the Executive Orders at issue apply to the two jurisdictions. That reference is included in the last paragraph of the Argument section of the Ex Parte Application, regarding the lack of prejudice to the parties in *Kincaid, et al. v. San Juan Unified School District*.

I declare under penalty of perjury according to the laws of the State of California that the foregoing is true and correct.

Dated: February 18, 2021

STEVEN WANG
City Attorney
Attorney for Defendant, CITY OF FOLSOM

- 2 -