# EXHIBIT L

9:00

# SUPERIOR COURT OF CALIFORNIA COUNTY OF SACRAMENTO
## ORDER DETERMINING DISPOSITION OF EX PARTE APPLICATION

| Case Name | | | Case Number |
|---|---|---|---|
| Shetty vs. City of Folsom | | | 2020-00291639 |
| Type of Application | | By | Application Date |
| Advance Demurrer | | △ | 2/23/2021 |
| Names of Appearing Party | | Representing | |
| Sari Dierking | | △ - City of Folsom - 916.461.6028 | |
| Scott Rafferty | | π - Shetty - 202.380.5525 | |

The Court, having considered the above entitled ex parte application ☒ without a hearing ☐ after hearing with appearance as noted above, rules as follows:

☒ The application is granted. to advance the hearing date on the demurrer to march 17, so that it may be heard in conjunction with the related case of Kincaid v. San Juan Unified, No. 34-2020-00286475

☐ The application is denied on the merits of the papers presented to the Court.

☐ The application is denied without prejudice to its resubmission for the following reason(s):

☐ The moving party may not proceed except by noticed motion.

☐ Other

☐ Counsel for the _____ is ordered to prepare formal order.

2/23/2021
DATE

/s/ [signature]
JUDGE OF THE SUPERIOR COURT

CI-150 (10/2006) ORIGINAL-CASE FILE   YELLOW-SUBMITTING PARTY   PINK-OFFICE COPY

253