# EXHIBIT M

STEVEN WANG, State Bar No. 191168
City Attorney
SARI MYERS DIERKING, State Bar No. 226805
Assistant City Attorney
City of Folsom
50 Natoma Street
Folsom, CA 95630
Telephone: (916) 461-6025
Facsimile: (916) 351-0536

Attorneys for Defendant
CITY OF FOLSOM



(Filing Fee Exempt: Gov. Code § 6103)

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, and NEIGHBORHOOD ELECTIONS NOW<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FOLSOM, *et al.*,<br><br>Defendants. | Case No. 34-2020-00291639<br><br>**AMENDED NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFFS' COMPLAINT**<br><br>Date: March 17, 2021<br>Time: 1:30 p.m.<br>Dept.: 53<br>Judge: Hon. Shama H. Mesiwala<br><br>Reservation No.: 2540569<br><br>Complaint Filed: January 5, 2021 |

**TO PLAINTIFFS AND THEIR ATTORNEY OF RECORD:**

NOTICE IS HEREBY GIVEN that at the time and date indicated above, or as soon thereafter as the matter can be heard in Department 53 of the above-entitled court, the City of Folsom will and hereby does move the Court for an order sustaining this demurrer without leave to amend.

///



AMENDED NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFFS' COMPLAINT
-254-

This demurrer is made pursuant to Code of Civil Procedure sections 430.10, et seq., on the grounds that the Complaint, and each cause of action therein, fails to state facts sufficient to constitute a viable cause of action against this Defendant. The Complaint, and each cause of action therein, is premature, unripe, and barred by Elections Code section 10010 subdivision (e)(2) and Governor Newsom's Executive Order N-48-20.

This demurrer will be and is based upon the instant Amended Notice of Demurrer and Demurrer, on the associated Memorandum of Points and Authorities, on the associated Request for Judicial Notice and its exhibits, on the Declaration of Steven Wang and its exhibits, on the Declaration of Sari Myers Dierking, on the complete files and records in this action, and on such oral and/or documentary evidence as may be presented at the hearing of the demurrer.

"Pursuant to Local Rule 1.06 (A) the court will make a tentative ruling on the merits of this matter by 2:00 p.m., the court day before the hearing. The complete text of the tentative rulings for the department may be downloaded off the court's website. If the party does not have online access, they may call the dedicated phone number for the department as referenced in the local telephone directory between the hours of 2:00 p.m. and 4:00 p.m. on the court day before the hearing and receive the tentative ruling. If you do not call the court and the opposing party by 4:00 p.m. the court day before the hearing, no hearing will be held."

Dated: February 24, 2021

SARI MYERS DIERKING
Assistant City Attorney
Attorney for Defendant, CITY OF FOLSOM

# PROOF OF SERVICE

I, Stacy Saldutti, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Natoma Street, Folsom, CA 95630. On February 24, 2021, I served the within documents:

1. **AMENDED NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFFS' COMPLAINT**

[X] by delivering the document listed above via electronic mail to the email address set forth below per agreement between the parties.

[ ] by transmitting via facsimile from (916) 351-0536 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmittal/confirmation sheet is attached.

[ ] by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Folsom, California addressed as set forth below.

[ ] by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

[ ] by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery

[ ] by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Scott Rafferty<br>1913 Whitecliff Court<br>Walnut Creek, CA 94596<br>rafferty@gmail.com | Domenic D. Spinelli<br>Spinelli, Donald & Nott<br>601 University Avenue, Suite 225<br>Sacramento, CA 95825<br>domenics@sdnlaw.com |

I am readily familiar with the City of Folsom's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service was executed on February 24, 2021, at Folsom, California.

_____
Stacy Saldutti

# PROOF OF SERVICE

I, Stacy Saldutti, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Natoma Street, Folsom, CA 95630. On February 24, 2021, I served the within documents:

1. **AMENDED NOTICE OF DEMURRER AND DEMURRER TO PLAINTIFFS' COMPLAINT**

☐ by delivering the document listed above via electronic mail to the email address set forth below.

☐ by transmitting via facsimile from (916) 351-0536 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmittal/confirmation sheet is attached.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Folsom, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Clerk of the Court
Sacramento Superior Court
720 Ninth Street, Room 102
Sacramento, CA  95814

I am readily familiar with the City of Folsom's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service was executed on February 24, 2021, at Folsom, California.

_____
Stacy Saldutti