# EXHIBIT S

**SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
GORDON D SCHABER COURTHOUSE
MINUTE ORDER**

DATE: 06/10/2021                TIME: 01:30:00 PM        DEPT: 53
JUDICIAL OFFICER PRESIDING: Raymond Cadei
CLERK:  D. Johnson-Mellado
REPORTER/ERM:
BAILIFF/COURT ATTENDANT: Alvi, N., P. Lopez

CASE NO: **34-2020-00291639-CU-CR-GDS** CASE INIT.DATE: 12/31/2020
CASE TITLE: **Shetty vs. City of Folsom**
CASE CATEGORY: Civil - Unlimited

**EVENT TYPE**: Hearing on Demurrer - Civil Law and Motion - Demurrer/JOP

**APPEARANCES**

**Nature of Proceeding: Hearing on Demurrer**

**TENTATIVE RULING**

This matter is DROPPED from the calendar.

It was advanced to March 17, 2021, and heard on that earlier date, per the Court's ex parte ruling of February 23, 2021.  (Register of Actions No. 18.)

**COURT RULING**

There being no request for oral argument, the Court affirmed the tentative ruling.