# EXHIBIT T

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO | |
|---|---|
| Gordon D Schaber Courthouse<br>720 Ninth STREET<br>Sacramento, CA 95814-1311 | |
| **SHORT TITLE:** Shetty vs. City of Folsom | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**34-2020-00291639-CU-CR-GDS** |

I certify that I am not a party to this cause. I certify that a true copy of Order re: Scheduling of Case Management Conference was mailed following standard court practices in a sealed envelope with postage fully prepaid, addressed as indicated below. The mailing and this certification occurred at Sacramento, California, on 12/03/2021.

Clerk of the Court, by: /s/ K. Spichka , Deputy

M. S WANG
FOLSOM CITY ATTORNEYS OFFICE
50 NATOMA STREET
FOLSOM, CA 95630 US

SCOTT RAFFERTY
1913 WHITECLIFF COURT
WALNUT CREEK, CA 94596 US

SUPERIOR COURT OF CALIFORNIA
COUNTY OF SACRAMENTO
GORDON D SCHABER COURTHOUSE

ORDER

DATE: 11/29/2021                                                     DEPT: 38

JUDICIAL OFFICER PRESIDING: Kenneth C. Mennemeier

CASE NO: 34-2020-00291639-CU-CR-GDS
CASE TITLE: Shetty vs. City of Folsom
CASE CATEGORY: Civil – Unlimited

## NATURE OF PROCEEDINGS: CASE MANAGEMENT CONFERENCE

Pursuant to the Presiding Judge's July 7, 2021 Order re: Reopening of Case Management Program Departments, the court hereby sets a Case Management Conference for **Friday, 1/21/2022 at 8:30 a.m.,** to be held via remote appearances in Department 38. Pursuant to the Court's COVID-19 protocols, no in-person appearances will be permitted for this Case Management Conference.

All parties must file and serve a Case Management Statement at least 15 calendar days before the CMC. If answers, defaults, and/or dismissals for all defendants and/or cross-defendants are not on file at the time of the CMC, the Court (1) will not refer the case for selection of mandatory settlement conference and trial dates, and (2) may issue an Order to Show Cause Re: Compliance. You may check the status of your case on the Court's website at https://services.saccourt.ca.gov/PublicCaseAccess/.

Pursuant to Local Rule 2.47, the Court will issue and publish a tentative ruling for the CMC no later than 2:00 p.m. on the court day before the scheduled CMC. Tentative rulings can be accessed on the Court's website at https://services.saccourt.ca.gov/PublicCaseAccess/. Any party who wishes to contest the tentative ruling must (1) request a hearing by calling the clerk in Department 38 at (916) 874-5226 no later than 4:00 p.m. on the court day before the scheduled CMC, and (2) advise opposing counsel of the request. If a hearing is not requested by 4:00 p.m. on the court day before the scheduled CMC, the tentative ruling will become the final order of the Court.

If a hearing is requested, parties are required to appear either telephonically or by video conference via the Zoom video/audio conference platform. The Department 38 Zoom ID is: 536 919 6034. To appear telephonically, call (888) 475-4499 or (877) 853-5257 (toll free) and enter the Zoom ID referenced above. The hearing will also be live-streamed on the Court's YouTube channel for the benefit of the public. Although the hearings will be live-streamed, the broadcast will not be saved/preserved.

Plaintiff shall serve a copy of this order on any party to the complaint. Any cross-complainant shall have the same obligation with respect to any party to their cross-complaint.