# EXHIBIT U

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address):<br>Steven Wang, State Bar No. 191168<br>City of Folsom<br>50 Natoma Street<br>Folsom, CA 95630<br>TELEPHONE NO.: (916) 461-6025    FAX NO. (Optional):<br>E-MAIL ADDRESS: swang@folsom.ca.us<br>ATTORNEY FOR (Name): City of Folsom | FILED<br>Superior Court Of California,<br>Sacramento<br>12/27/2021        CM-110<br>jwoolfolk<br>By_____, Deputy<br>Case Number:<br>34-2020-00291639 |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF SACRAMENTO<br>STREET ADDRESS: 720 9th Street<br>MAILING ADDRESS: 720 9th Street<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: Gordon D. Schaber Courthouse | |
| PLAINTIFF/PETITIONER: HARI SHETTY, et al.<br>DEFENDANT/RESPONDENT: CITY OF FOLSOM, et al. | |
| **CASE MANAGEMENT STATEMENT**<br>(Check one):  [X] UNLIMITED CASE          [ ] LIMITED CASE<br>            (Amount demanded         (Amount demanded is $25,000<br>            exceeds $25,000)          or less) | CASE NUMBER:<br>34-2020-00291639-CU-CR-GDS |

A CASE MANAGEMENT CONFERENCE is scheduled as follows:
Date: January 21, 2022    Time: 8:30 a.m.    Dept.: 38    Div.:    Room:
Address of court (if different from the address above):

[X] Notice of Intent to Appear by Telephone, by (name): Steven Wang, City Attorney for City of Folsom

INSTRUCTIONS: All applicable boxes must be checked, and the specified information must be provided.

1. **Party or parties** (answer one):
   a. [X] This statement is submitted by party (name): City of Folsom
   b. [ ] This statement is submitted jointly by parties (names):

2. **Complaint and cross-complaint** (to be answered by plaintiffs and cross-complainants only)
   a. The complaint was filed on (date): December 31, 2020
   b. [ ] The cross-complaint, if any, was filed on (date):

3. **Service** (to be answered by plaintiffs and cross-complainants only)
   a. [X] All parties named in the complaint and cross-complaint have been served, have appeared, or have been dismissed.
   b. [ ] The following parties named in the complaint or cross-complaint
       (1) [ ] have not been served (specify names and explain why not):
       (2) [ ] have been served but have not appeared and have not been dismissed (specify names):
       (3) [ ] have had a default entered against them (specify names):
   c. [ ] The following additional parties may be added (specify names, nature of involvement in case, and date by which they may be served):

4. **Description of case**
   a. Type of case in [X] complaint    [ ] cross-complaint    (Describe, including causes of action):
   Plaintiffs seek injunctive relief against the City of Folsom for its alleged violation of the California Voting Rights Act.



Form Adopted for Mandatory Use<br>
Judicial Council of California<br>
CM-110 [Rev. September 1, 2021]

**CASE MANAGEMENT STATEMENT**

Page 1 of 5<br>
Cal. Rules of Court,<br>
rules 3.720-3.730<br>
www.courts.ca.gov

- 422 -

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: HARI SHETTY, et al.<br>DEFENDANT/RESPONDENT: CITY OF FOLSOM | CASE NUMBER:<br>34-2020-00291639 |

4.  b. Provide a brief statement of the case, including any damages. *(If personal injury damages are sought, specify the injury and damages claimed, including medical expenses to date [indicate source and amount], estimated future medical expenses, lost earnings to date, and estimated future lost earnings. If equitable relief is sought, describe the nature of the relief.)*

    On March 17, 2021, the Court heard and sustained defendant City of Folsom's Demurrer to plaintiffs' Complaint. Plaintiffs were granted leave to amend the Complaint on or before April 2, 2021. No Amended Complaint has been filed to date and as such, defendant City of Folsom requests its dismissal from this case and will be filing a Motion to Dismiss.

    ☐ *(If more space is needed, check this box and attach a page designated as Attachment 4b.)*

5.  **Jury or nonjury trial**

    The party or parties request ☐ a jury trial   ☐ a nonjury trial. *(If more than one party, provide the name of each party requesting a jury trial):*

6.  **Trial date**

    a. ☐ The trial has been set for *(date):*

    b. ☐ No trial date has been set. This case will be ready for trial within 12 months of the date of the filing of the complaint *(if not, explain):*

    c. Dates on which parties or attorneys will not be available for trial *(specify dates and explain reasons for unavailability):*

7.  **Estimated length of trial**

    The party or parties estimate that the trial will take *(check one):*

    a. ☐ days *(specify number):*

    b. ☐ hours (short causes) *(specify):*

8.  **Trial representation** *(to be answered for each party)*

    The party or parties will be represented at trial   ☐ by the attorney or party listed in the caption   ☐ by the following:

    a. Attorney:
    b. Firm:
    c. Address:
    d. Telephone number:
    e. E-mail address:
    f. Fax number:
    g. Party represented:

    ☐ Additional representation is described in Attachment 8.

9.  **Preference**

    ☐ This case is entitled to preference *(specify code section):*

10. **Alternative dispute resolution (ADR)**

    a. **ADR information package.** Please note that different ADR processes are available in different courts and communities; read the ADR information package provided by the court under rule 3.221 of the California Rules of Court for information about the processes available through the court and community programs in this case.

    (1) For parties represented by counsel: Counsel ☐ has   ☐ has not   provided the ADR information package identified in rule 3.221 to the client and reviewed ADR options with the client.

    (2) For self-represented parties: Party ☐ has   ☐ has not   reviewed the ADR information package identified in rule 3.221.

    b. **Referral to judicial arbitration or civil action mediation** (if available).

    (1) ☐ This matter is subject to mandatory judicial arbitration under Code of Civil Procedure section 1141.11 or to civil action mediation under Code of Civil Procedure section 1775.3 because the amount in controversy does not exceed the statutory limit.

    (2) ☐ Plaintiff elects to refer this case to judicial arbitration and agrees to limit recovery to the amount specified in Code of Civil Procedure section 1141.11.

    (3) ☐ This case is exempt from judicial arbitration under rule 3.811 of the California Rules of Court or from civil action mediation under Code of Civil Procedure section 1775 et seq. *(specify exemption):*

CM-110

| PLAINTIFF/PETITIONER: HARI SHETTY, et al. | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: CITY OF FOLSOM | 34-2020-00291639 |

10.c. Indicate the ADR process or processes that the party or parties are willing to participate in, have agreed to participate in, or have already participated in *(check all that apply and provide the specified information)*:

|  | The party or parties completing this form are willing to participate in the following ADR processes *(check all that apply)*: | If the party or parties completing this form in the case have agreed to participate in or have already completed an ADR process or processes, indicate the status of the processes *(attach a copy of the parties' ADR stipulation)*: |
|---|---|---|
| (1) Mediation | ☐ | ☐ Mediation session not yet scheduled<br>☐ Mediation session scheduled for *(date)*:<br>☐ Agreed to complete mediation by *(date)*:<br>☐ Mediation completed on *(date)*: |
| (2) Settlement conference | ☐ | ☐ Settlement conference not yet scheduled<br>☐ Settlement conference scheduled for *(date)*:<br>☐ Agreed to complete settlement conference by *(date)*:<br>☐ Settlement conference completed on *(date)*: |
| (3) Neutral evaluation | ☐ | ☐ Neutral evaluation not yet scheduled<br>☐ Neutral evaluation scheduled for *(date)*:<br>☐ Agreed to complete neutral evaluation by *(date)*:<br>☐ Neutral evaluation completed on *(date)*: |
| (4) Nonbinding judicial arbitration | ☐ | ☐ Judicial arbitration not yet scheduled<br>☐ Judicial arbitration scheduled for *(date)*:<br>☐ Agreed to complete judicial arbitration by *(date)*:<br>☐ Judicial arbitration completed on *(date)*: |
| (5) Binding private arbitration | ☐ | ☐ Private arbitration not yet scheduled<br>☐ Private arbitration scheduled for *(date)*:<br>☐ Agreed to complete private arbitration by *(date)*:<br>☐ Private arbitration completed on *(date)*: |
| (6) Other *(specify)*: | ☐ | ☐ ADR session not yet scheduled<br>☐ ADR session scheduled for *(date)*:<br>☐ Agreed to complete ADR session by *(date)*:<br>☐ ADR completed on *(date)*: |

|  |  | CM-110 |
|---|---|---|
| PLAINTIFF/PETITIONER: HARI SHETTY, et al. | CASE NUMBER: | |
| DEFENDANT/RESPONDENT: CITY OF FOLSOM | 34-2020-00291639 | |

**11. Insurance**

a. ☐ Insurance carrier, if any, for party filing this statement *(name)*:

b. Reservation of rights: ☐ Yes ☐ No

c. ☐ Coverage issues will significantly affect resolution of this case *(explain)*:

**12. Jurisdiction**

Indicate any matters that may affect the court's jurisdiction or processing of this case and describe the status.
☐ Bankruptcy ☐ Other *(specify)*:
Status:

**13. Related cases, consolidation, and coordination**

a. ☐ There are companion, underlying, or related cases.

    (1) Name of case:

    (2) Name of court:

    (3) Case number:

    (4) Status:

☐ Additional cases are described in Attachment 13a.

b. ☐ A motion to ☐ consolidate ☐ coordinate will be filed by *(name party)*:

**14. Bifurcation**

☐ The party or parties intend to file a motion for an order bifurcating, severing, or coordinating the following issues or causes of action *(specify moving party, type of motion, and reasons)*:

**15. Other motions**

☒ The party or parties expect to file the following motions before trial *(specify moving party, type of motion, and issues)*:
Defendant City of Folsom will be filing a Motion to Dismiss.

**16. Discovery**

a. ☐ The party or parties have completed all discovery.

b. ☐ The following discovery will be completed by the date specified *(describe all anticipated discovery)*:

| Party | Description | Date |
|---|---|---|

c. ☐ The following discovery issues, including issues regarding the discovery of electronically stored information, are anticipated *(specify)*:

| | CM-110 |
|---|---|
| PLAINTIFF/PETITIONER: HARI SHETTY, et al. | CASE NUMBER: |
| DEFENDANT/RESPONDENT: CITY OF FOLSOM | 34-2020-00291639 |

**17. Economic litigation**

a. ☐ This is a limited civil case (i.e., the amount demanded is $25,000 or less) and the economic litigation procedures in Code of Civil Procedure sections 90-98 will apply to this case.

b. ☐ This is a limited civil case and a motion to withdraw the case from the economic litigation procedures or for additional discovery will be filed *(if checked, explain specifically why economic litigation procedures relating to discovery or trial should not apply to this case):*

**18. Other issues**

☐ The party or parties request that the following additional matters be considered or determined at the case management conference *(specify):*

**19. Meet and confer**

a. ☒ The party or parties have met and conferred with all parties on all subjects required by rule 3.724 of the California Rules of Court *(if not, explain):*

b. ☒ After meeting and conferring as required by rule 3.724 of the California Rules of Court, the parties agree on the following *(specify):*
The parties met and conferred via telephone on December 21, 2021. Plaintiffs' attorney threatend to file a motion to seek leave to file an amended complaint and asked if defendant's attorney will oppose plaintiffs' motion. Defendant's attorney said yes, such a motion will be opposed because the time to file an amended complaint (on or before April 2, 2021) has long passed.

**20.** Total number of pages attached *(if any):* _____

I am completely familiar with this case and will be fully prepared to discuss the status of discovery and alternative dispute resolution, as well as other issues raised by this statement, and will possess the authority to enter into stipulations on these issues at the time of the case management conference, including the written authority of the party where required.

Date: December 22, 2021

Steven Wang, City Attorney for the City of Folsom
(TYPE OR PRINT NAME) ▶ _____ (SIGNATURE OF PARTY OR ATTORNEY)

_____ ▶ _____
(TYPE OR PRINT NAME) (SIGNATURE OF PARTY OR ATTORNEY)

☐ Additional signatures are attached.

CM-110 [Rev. September 1, 2021]  **CASE MANAGEMENT STATEMENT**  Page 5 of 5

For your protection and privacy, please press the Clear This Form button after you have printed the form.  [Print this form] [Save this form]  [Clear this form]

**PROOF OF SERVICE**

I, Stacy Saldutti, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Natoma Street, Folsom, CA 95630. On December 22, 2021, I served the within documents:

**1. CITY OF FOLSOM'S CASE MANAGEMENT CONFERENCE STATEMENT**

☐ by delivering the document listed above via electronic mail to the email address set forth below.

☐ by transmitting via facsimile from (916) 351-0536 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmittal/confirmation sheet is attached.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Folsom, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Sacramento Superior Court
720 9th Street, Room 102
Sacramento, CA 95814

Scott Rafferty
1913 Whitecliff Court
Walnut Creek, CA 94596
rafferty@gmail.com

I am readily familiar with the City of Folsom's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service was executed on December 22, 2021, at Folsom, California.

*/s/ Stacy Saldutti*
Stacy Saldutti