# EXHIBIT W

| | |
|---|---|
| 1  STEVEN WANG, State Bar No. 191168<br>   City Attorney<br>2  SARI MYERS DIERKING, State Bar No. 226805<br>   Assistant City Attorney<br>3  City of Folsom<br>   50 Natoma Street<br>4  Folsom, CA 95630<br>   Telephone: (916) 461-6025<br>5  Facsimile: (916) 351-0536<br>6  Attorneys for Defendant<br>   CITY OF FOLSOM | <br><br>*(Filing Fee Exempt: Gov. Code § 6103)* |

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF SACRAMENTO

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, and NEIGHBORHOOD ELECTIONS NOW<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF FOLSOM, *et al.*,<br><br>Defendants. | Case No. 34-2020-00291639<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS ACTION**<br><br>Date: February 10, 2022<br>Time: 1:30 p.m.<br>Dept.: 53<br>Judge: Hon. Shama H. Mesiwala<br><br>Reservation No.: 2613120<br><br>Complaint Filed: December 31, 2020 |

**TO THE COURT AND HARI SHETTY, ET AL., PLAINTIFFS:**

**PLEASE TAKE NOTICE** that on February 10, 2022, at 1:30 p.m., or as soon thereafter as the matter may be heard, in Department 53 of the Superior Court of California, County of Sacramento, located at the Hall of Justice Building, 813 6th Street, Sacramento, California 95814, Defendant City of Folsom will move for dismissal of this action. This motion will be based on this notice; the supporting memorandum of points and authorities; the declaration of Steven Wang; the pleadings and papers on file in this action; and on such other materials as may properly



come before the court. Defendant moves this Court for an order dismissing the above-entitled action under section 581, subdivisions (f)(2) and (m) of the Code of Civil Procedure, and under the Court's inherent authority, on the ground that Plaintiffs did not file an amended complaint within the time allowed by the Court.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 1.06(A), the court will make a tentative ruling on the merits of this matter by 2:00 p.m., the court day before the hearing. The complete text of the tentative rulings for the department may be downloaded off the Court's website at http://www.saccourt.ca.gov. If the party does not have online access, they may call the dedicated phone number for the department as referenced in the local telephone directory, 916-874-7858, between the hours of 2:00 p.m. and 4:00 p.m. on the court day before the hearing and receive the tentative ruling. If you do not call the Court and the opposing party by 4:00 p.m. the court day before the hearing, no hearing will be held.

**PLEASE TAKE FURTHE NOTICE** that Local Rule 2.04 governs the appearance of parties telephonically through CourtCall. CourtCall arrangements may be made by contacting CourtCall, LLC at the toll free telephone number 1-888-882-6878.

Dated: January 5, 2022

_____
STEVEN WANG
City Attorney
Attorney for Defendant, CITY OF FOLSOM

## PROOF OF SERVICE

I, Stacy Saldutti, declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 50 Natoma Street, Folsom, CA 95630. On January 6, 2022, I served the within documents:

1. **NOTICE OF MOTION AND MOTION TO DISMISS ACTION**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**
3. **DECLARATION OF STEVEN WANG IN SUPPORT OF MOTION TO DISMISS**
4. **[PROPOSED] ORDER DISMISSING DEFENDANT CITY OF FOLSOM WITH PREJUDICE**

☐ by delivering the document listed above via electronic mail to the email address set forth below.

☐ by transmitting via facsimile from (916) 351-0536 the above listed document(s) without error to the fax number(s) set forth below on this date before 5:00 p.m. A copy of the transmittal/confirmation sheet is attached.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Folsom, California addressed as set forth below.

☐ by causing personal delivery by _____ of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Sacramento Superior Court  
720 9th Street, Room 102  
Sacramento, CA 95814

Scott Rafferty  
1913 Whitecliff Court  
Walnut Creek, CA 94596  
rafferty@gmail.com

I am readily familiar with the City of Folsom's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this proof of service was executed on January 6, 2022, at Folsom, California.

_____  
Stacy Saldutti

1  STEVEN WANG, State Bar No. 191168
   City Attorney
2  SARI MYERS DIERKING, State Bar No. 226805
   Assistant City Attorney
3  City of Folsom
   50 Natoma Street
4  Folsom, CA 95630
   Telephone: (916) 461-6025
5  Facsimile: (916) 351-0536

6  Attorneys for Defendant
   CITY OF FOLSOM                            *(Filing Fee Exempt: Gov. Code § 6103)*
7

8

9              SUPERIOR COURT OF THE STATE OF CALIFORNIA
10                        COUNTY OF SACRAMENTO
11

12 | HARI SHETTY, KAVITA SOOD, and | Case No. 34-2020-00291639
13 | NEIGHBORHOOD ELECTIONS NOW |
14 |                              | **[PROPOSED] ORDER DISMISSING DEFENDANT CITY OF FOLSOM WITH PREJUDICE**
15 | Plaintiffs,                  |
   | vs.                          | Date: February 10, 2022
16 |                              | Time: 1:30 p.m.
   | CITY OF FOLSOM, *et al.*,    | Dept.: 53
17 |                              | Judge: Hon. Shama H. Mesiwala
   | Defendants.                  |
18 |                              | Reservation No.: 2613120
19 |                              | Complaint Filed: December 31, 2020

20

21

22

23  Defendant City of Folsom's Motion to Dismiss this action for Plaintiffs' failure to file an
24  Amended Complaint after Defendant's demurrer to Plaintiffs' Complaint was sustained with
25  leave to amend, came on regularly for hearing at the above referenced date, time, and department.
26  The Court's records indicate that Defendant's demurrer to Plaintiffs' Complaint was sustained on
27  March 17, 2021, with leave for Plaintiffs to file an Amended Complaint on or before April 2,
28  2021. Plaintiffs have failed to file an Amended Complaint. Therefore:



1     **IT IS HEREBY ORDERED** that Defendant City of Folsom is dismissed from this
2 action, with prejudice.

4 Dated: _____                    _____
                                                                   JUDGE OF THE SUPERIOR COURT OF
5                                                                    CALIFORNIA, COUNTY OF SACRAMENTO

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY:** STATE BAR NO: 191168<br>NAME: Steven Wang<br>FIRM NAME: City of Folsom<br>STREET ADDRESS: 50 Natoma Street<br>CITY: Folsom   STATE: CA   ZIP CODE: 95630<br>TELEPHONE NO.: (916) 461-6025   FAX NO.:<br>E-MAIL ADDRESS: swang@folsom.ca.us<br>ATTORNEY FOR (name): City of Folsom | **POS-050/EFS-050**<br>FILED<br>Superior Court Of California,<br>Sacramento<br>01/24/2022<br>mpipe<br>By_____, Deputy<br>Case Number:<br>**34-2020-00291639** |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Sacramento<br>STREET ADDRESS: 920 Ninth Street<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: Sacramento, CA 95814<br>BRANCH NAME: Gordon D. Schaber | |
| PLAINTIFF/PETITIONER: Harri Shetty, et al<br>DEFENDANT/RESPONDENT: City of Folsom | **CASE NUMBER:**<br>34-2020-00291639<br>**JUDICIAL OFFICER:**<br>Hon. Shama H. Mesiwala |
| **PROOF OF ELECTRONIC SERVICE** | **DEPARTMENT:**<br>53 |

1. I am at least 18 years old.
   a. My residence or business address is *(specify):*
      50 Natoma Street, Folsom, CA 95630

   b. My electronic service address is *(specify):*
      ssaldutti@folsom.ca.us

2. I electronically served the following documents *(exact titles):*
   Notice of Motion and Motion to Dismiss Action; Memorandum of Points & Authorities in Support of Motion to Dismiss; Declaration of Steven Wang in Support of Motion to Dismiss; [Proposed] Order Dissmissing Defendant City of Folsom with Prejudice

   ☐ The documents served are listed in an attachment. *(Form POS-050(D)/EFS-050(D) may be used for this purpose.)*

3. I electronically served the documents listed in 2 as follows:
   a. Name of person served: Scott Rafferty
      On behalf of *(name or names of parties represented, if person served is an attorney):*
      Plaintiffs Hari Shetty, et al.
   b. Electronic service address of person served :
      rafferty@gmail.com
   c. On *(date):* January 19, 2022

      ☐ The documents listed in item 2 were served electronically on the persons and in the manner described in an attachment. *(Form POS-050(P)/EFS-050(P) may be used for this purpose.)*

Date: January 19, 2022

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Stacy Saldutti
(TYPE OR PRINT NAME OF DECLARANT)   ▶ *Stacy Saldutti*
(SIGNATURE OF DECLARANT)

Page 1 of 1

| | | |
|---|---|---|
| Form Approved for Optional Use<br>Judicial Council of California<br>POS-050/EFS-050 [Rev. February 1, 2017] | **PROOF OF ELECTRONIC SERVICE**<br>(Proof of Service/Electronic Filing and Service) | Cal. Rules of Court, rule 2.251<br>www.courts.ca.gov |

For your protection and privacy, please press the Clear This Form button after you have printed the form.