# EXHIBIT Z

**SUPERIOR COURT OF CALIFORNIA,**
COUNTY OF SACRAMENTO
CIVIL
TENTATIVE RULINGS - January 11, 2022

EVENT DATE: 01/21/2022    EVENT TIME: 08:30:00 AM    DEPT.: 38
JUDICIAL OFFICER:

CASE NO.:       34-2020-00291639-CU-CR-GDS

CASE TITLE:  SHETTY VS. CITY OF FOLSOM

CASE CATEGORY: Civil - Unlimited        CASE TYPE: Civil Rights

EVENT TYPE: Case Management Conference - Case Management Program

CAUSAL DOCUMENT/DATE FILED:

No appearance is required under the following conditions:

Case Management Conference - Case Management Program continued to 01/06/2023 at 08:30 in this department.

New Case Management Statements shall be filed by all parties no later than 15 days prior to the hearing pursuant to Local Rule 2.51.

The Plaintiff is directed to serve the Defendants with the Complaint and shall diligently proceed to obtain the responsive pleading, default, or dismissal of all defendants as to the Complaint.

Any party who wishes to contest the tentative ruling must (1) request a hearing by calling the clerk in Department 38 at (916) 874-5226 no later than 4:00 p.m. on the Court day before the scheduled CMC, and (2) advise opposing counsel of the request. If a hearing is not requested by 4:00 p.m. on the Court day before the scheduled CMC, the tentative ruling will become the final order of the Court.

If a hearing is requested, parties are required to appear either telephonically or by video conference via the Zoom video/audio conference platform. The Department 38 Zoom ID is: 536 919 6034. To appear telephonically, call (888) 475-4499 or (877) 853-5257 (toll free) and enter the Zoom ID referenced above. The hearing will also be live-streamed on the Court's YouTube channel for the public. Although the hearings will be live-streamed, the broadcast will not be saved/preserved.