# EXHIBIT AA

# SUPERIOR COURT OF CALIFORNIA
# COUNTY OF SACRAMENTO
# GORDON D SCHABER COURTHOUSE

## MINUTE ORDER

DATE: 01/21/2022   TIME: 08:30:00 AM   DEPT: 38
JUDICIAL OFFICER PRESIDING: Kenneth C. Mennemeier
CLERK: Tatiana Guzman
REPORTER/ERM:
BAILIFF/COURT ATTENDANT:

CASE NO: **34-2020-00291639-CU-CR-GDS** CASE INIT.DATE: 12/31/2020
CASE TITLE: **Shetty vs. City of Folsom**
CASE CATEGORY: Civil - Unlimited

**EVENT TYPE**: Case Management Conference - Case Management Program

**APPEARANCES**
Scott Rafferty, counsel, present for Plaintiff(s) remotely via video.
M. Steve Wang, counsel, present for Defendant(s) remotely via video.
Sara Dierking, counsel, present for Defendant(s) remotely via video

**Nature of Proceedings: Case Management Conference**

**Court Ruling:**

The Court modified the tentative ruling to strike "The Plaintiff is directed to serve the Defendants with the Complaint and shall diligently proceed to obtain the responsive pleading, default, or dismissal of all defendants as to the complaint." As modified the tentative ruling is affirmed.

The court adjourned.

**Tentative Ruling:**

Case Management Conference - Case Management Program continued to 01/06/2023 at 08:30 in this department.

New Case Management Statements shall be filed by all parties no later than 15 days prior to the hearing pursuant to Local Rule 2.51.

The Plaintiff is directed to serve the Defendants with the Complaint and shall diligently proceed to obtain the responsive pleading, default, or dismissal of all defendants as to the Complaint.

Any party who wishes to contest the tentative ruling must (1) request a hearing by calling the clerk in Department 38 at (916) 874-5226 no later than 4:00 p.m. on the Court day before the scheduled CMC, and (2) advise opposing counsel of the request. If a hearing is not requested by 4:00 p.m. on the Court day before the scheduled CMC, the tentative ruling will become the final order of the Court.

If a hearing is requested, parties are required to appear either telephonically or by video conference via the Zoom video/audio conference platform. The Department 38 Zoom ID is: 536 919 6034. To appear telephonically, call (888) 475-4499 or (877) 853-5257 (toll free) and enter the Zoom ID referenced

CASE TITLE: Shetty vs. City of Folsom    CASE NO: **34-2020-00291639-CU-CR-GDS**

Case 2:22-cv-00534-JAM-JDP   Document 1-27   Filed 03/23/22   Page 3 of 3

above. The hearing will also be live-streamed on the Court's YouTube channel for the public. Although the hearings will be live-streamed, the broadcast will not be saved/preserved.