1   STEVEN WANG, Bar No. 191168
City Attorney
2   swang@folsom.ca.us
SARI MYERS DIERKING, Bar No. 226805
3   sdierking@folsom.ca.us
Assistant City Attorney
4   CITY OF FOLSOM
50 Natoma Street
5   Folsom, California  95630
Telephone:  (916) 461-6025
6   Facsimile:  (916) 351-0536

7   JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
8   DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
9   BEST BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
10  Irvine, California  92612
Telephone:  (949) 263-2600
11  Facsimile:   (949) 260-0972

12  Attorneys for Defendants
CITY OF FOLSOM

13

14                  UNITED STATES DISTRICT COURT

15                  EASTERN DISTRICT OF CALIFORNIA

16

| | |
|---|---|
| 17  HARI SHETTY, KAVITA SOOD, AND NEIGHBORHOOD ELECTIONS NOW, | Case No. 2-22-cv-00534-JAM-JDP |
| 18 | **DECLARATION OF DANIEL L. RICHARDS IN SUPPORT OF DEFENDANT CITY OF FOLSOM'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| 19                  Plaintiffs, | |
| 20       v. | |
| 21  CITY OF FOLSOM, | |
| 22                  Defendants. | *[Filed concurrently with:* |
| 23 | *1. Motion to Dismiss;* *2. Request For Judicial Notice: and* |
| 24 | *3. [Proposed] Order]* |
| 25 | Date:    June 28, 2022 Time:    1:30 p.m. |
| 26 | Room:   6 |
| 27 | |
| 28 | |

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA  92612

DECLARATION OF DANIEL L. RICHARDS

## DECLARATION OF DANIEL L. RICHARDS

I, Daniel L. Richards, declare:

1.    I am an attorney at law, licensed to practice before all of the courts in the State of California and this Court.  I am an associate attorney at the law firm of Best Best & Krieger LLP, attorneys of record for Defendant City of Folsom in this case.  I make this declaration in support of the City of Folsom's ("City") Motion to Dismiss First Amended Complaint.  I have personal knowledge of the facts below, unless stated on information and belief in which case I have a good faith reason to believe those facts to be true and if called upon to do so, I could testify competently thereto in a court of law.

2.    On March 29, 2022, the City Clerk for the City of Folsom emailed to me a certified copy of the City of Folsom Resolution No. 10575, "A Resolution of the City Council of the City of Folsom Declaring its Intent to Initiate Procedures to Transition From At-Large Elections to District-Based Elections Pursuant to California Elections Code Section 10010 and Authorize Related Actions." A true and correct copy of this certified document is attached hereto as **Exhibit 1**. Additionally, on March 29, 2022, the City Clerk for the City of Folsom mailed me a hard copy of this document, which will be kept on file at my office. On March 29, 2022, I navigated to the website https://protect-us.mimecast.com/s/6nyRCBB8qJFPOENvH6vm0A?domain=mccmeetingspublic.blob.core.usgovcloudapi.net and confirmed that this document is available online at the link above.

3.    On March 29, 2022, the City Clerk for the City of Folsom emailed to me a certified copy of the City of Folsom Staff Report of Item No. 10 of City of Folsom City Council Meeting for March 8, 2022. A true and correct copy of this certified document is attached hereto as **Exhibit 2**. Additionally, on March 29, 2022, the City Clerk for the City of Folsom mailed me a hard copy of this document, which will be kept on file at my office. On March 29, 2022, I navigated

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1  to the website

2  https://meetings.municode.com/d/f?u=https://mccmeetings.blob.core.usgovcloudapi

3  .net/folsomca-pubu/MEET-Packet-

4  6702d61f67a840dcbbd506a706ceb897.pdf&n=AgendaPacket-

5  City%20Council%20Regular%20Meeting-

6  March%208,%202022%206.30%20PM.pdf and confirmed that this document is

7  available online at the link above.

8      4.    On March 29, 2022, the City Clerk for the City of Folsom emailed to

9  me a certified copy of the City of Folsom Staff Report of Item No. 5 of City of

10  Folsom City Council Meeting for March 22, 2022. A true and correct copy of this

11  certified document is attached hereto as **Exhibit 3**. Additionally, on March 29,

12  2022, the City Clerk for the City of Folsom mailed me a hard copy of this

13  document, which will be kept on file at my office. On March 29, 2022, I navigated

14  to the website

15  https://meetings.municode.com/d/f?u=https://mccmeetings.blob.core.usgovcloudapi

16  .net/folsomca-pubu/MEET-Packet-

17  600b26b82dd54adf9245698baafff40c.pdf&n=AgendaPacket-

18  City%20Council%20Regular%20and%20Joint%20City%20Council%20%2F%20F

19  olsom%20Redevelopment%20Successor%20Agency%20%2F%20Folsom%20Publ

20  ic%20Financing%20Authority%20%2F%20Folsom%20Ranch%20Financing%20A

21  uthority%20%2F%20South%20of%2050%20Parking%20Authority%20Meeting-

22  March%2022,%202022%206.30%20PM.pdf and confirmed that this document is

23  available online at the link above.

24      5.    On March 29, 2022, the City Clerk for the City of Folsom emailed to

25  me a certified copy of City of Folsom Ordinance No. 1324, "An Ordinance of the

26  City of Folsom Establishing a By-District Election Process in Five Council District

27  Pursuant to the California Elections Code Section 10010 and Adding New Sections

28  to Chapter 2.06 of the Folsom Municipal Code to Provide for City Council Election

DECLARATION OF DANIEL L. RICHARDS

1  Districts." A true and correct copy of this certified document is attached hereto as

2  **Exhibit 4**. Additionally, on March 29, 2022, the City Clerk for the City of Folsom

3  mailed me a hard copy of this document, which will be kept on file at my office.

4        6.      On March 29, 2022, the City Clerk for the City of Folsom emailed to

5  me a certified copy of the City of Folsom Preferred Map 2 Analysis Report. A true

6  and correct copy of this certified document is attached hereto as **Exhibit 5**.

7  Additionally, on March 29, 2022, the City Clerk for the City of Folsom mailed me a

8  hard copy of this document, which will be kept on file at my office. On March 29,

9  2022, I navigated to the website

10  https://www.folsom.ca.us/home/showpublisheddocument/9475/6378114108883700

11  00 and confirmed that this document is available online at the link above.

12        7.      On March 23, 2022, my office was served via CM/ECF a copy of this

13  Court's Order Re Filing Requirements for Cases Assigned to Judge Mendez, ECF

14  No. 6-2. I received this email at 2:37 p.m. A true and correct copy of the email

15  transmitting this document is attached hereto as **Exhibit 6**. Within approximately

16  half an hour of receiving the email, I accessed and reviewed this Court's Order Re

17  Filing Requirements for Cases Assigned to Judge Mendez, and took note of the

18  requirement that parties meet and confer at least five days before filing a motion to

19  dismiss pursuant to F.R.Civ.P. (12)(b).

20        8.      On March 23, 2022, at 3:27 p.m., I sent an email to counsel for

21  Plaintiffs, Scott Rafferty, informing him that the City was contemplating a Rule

22  12(b) motion to dismiss, and requesting that he participate in a meet and confer call

23  pursuant to this Court's Order Re Filing Requirements for Cases Assigned to Judge

24  Mendez. I sent this email less than an hour after being served with this Court's

25  Order Re Filing Requirements for Cases Assigned to Judge Mendez. A true and

26  correct copy of this email is attached hereto as **Exhibit 7**.

27

28

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

- 4 -

DECLARATION OF DANIEL L. RICHARDS

9.      On March 24, 2022, Mr. Rafferty responded and indicated that he would be "traveling tomorrow and will not be available to meet or even to confer by phone." A true and correct copy of this email is attached hereto as **Exhibit 8**.

10.     Slightly less than half an hour later, I responded to Mr. Rafferty's email and inquired if he was available for a meet and confer call sometime that day (March 24, 2022) or anytime on March 25, 2022 that he would not be travelling. I offered to make myself available before and after normal business hours, e.g., in the early morning or anytime in the evening. A true and correct copy of this email is attached hereto as **Exhibit 9**.

11.     At 3:27 p.m. on March 24, 2022, Mr. Rafferty responded and indicated "It's obviously a busy day for me as I leave first thing in the morning.  I'm being ambushed by a suddenly urgent demand to phone from an airplane terminal about your proposal to do something that is procedurally impermissible. This is completely inconsistent with the purposes of the meet and confer requirement." Mr. Rafferty's reference to procedural impermissibly seems to have been based on Mr. Rafferty's belief that the only permissible responsive pleading the City could file would be an Answer. A true and correct copy of this email is attached hereto as **Exhibit 10**.

12.     At 4:07 p.m. on March 24, 2022, I responded to Mr. Rafferty and again asked "If you can make any time available this evening, or anytime tomorrow, we would appreciate you letting us know when you might have a few minutes to discuss the topics identified in the attached Order re Filing Requirements for Cases Assigned to Judge Mendez." I also indicated that "If it is impossible to telephonically meet and confer, perhaps we could attempt to do so through emails." I then described the basis for the City's contemplated motion to dismiss. A true and correct copy of this email is attached hereto as **Exhibit 11**.

13.     On March 24, 2022 at 8:21 p.m., Mr. Rafferty responded and indicated that he could not meet and confer that evening or anytime the next day. Mr.

DECLARATION OF DANIEL L. RICHARDS

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

BEST BEST & KRIEGER LLP
ATTORNEYS AT LAW
18101 VON KARMAN AVENUE, SUITE 1000
IRVINE, CALIFORNIA 92612

1  Rafferty also reiterated his position that the only permissible responsive pleading

2  the City could file would be an answer, and characterized the City's contemplated

3  motion to dismiss a dilatory and vexatious maneuver. A true and correct copy of

4  this email is attached hereto as **Exhibit 12**.

5  14.  On March 25, 2022, at 8:28 a.m., I emailed Mr. Rafferty and again

6  inquired as to whether he had any availability to meet and confer that day, including

7  the afternoon or evening. I also inquired whether he had availability for a shorter

8  preliminary call that day, followed by a potentially more in-depth call over the

9  weekend or on Monday the 28th of March or Tuesday the 29th of March.

10  Alternatively, I proposed that the parties continue to meet and confer through email,

11  and I articulated the City's understanding of the party's respective positions on the

12  topics identified in the Order re Filing Requirements for Cases Assigned to Judge

13  Mendez. Finally, I inquired whether, if a call or further correspondence were

14  impossible, if Plaintiffs would be amenable to a short, seven day stipulated

15  extension of the time for the City to respond so that the parties could continue to

16  meet and confer, pursuant to Local Rule 144. I also drafted and transmitted a

17  proposed stipulation to that effect. A true and correct copy of this email is attached

18  hereto as **Exhibit 13**. A true and correct copy of the draft stipulation I transmitted is

19  attached hereto as **Exhibit 14**.

20  15.  At the time of the execution of this declaration, Mr. Rafferty has not

21  responded to my March 25, 2022 email.

22  I declare under penalty of perjury under the laws of the State of California

23  that the foregoing is true and correct.

24

25  Executed this 30th day of March, 2022, in Irvine, California.

26

27  _____
   Daniel L. Richards

28

- 6 -

DECLARATION OF DANIEL L. RICHARDS