# EXHIBIT 1

RESOLUTION NO. 10575

A RESOLUTION OF THE CITY COUNCIL OF THE CITY OF FOLSOM DECLARING ITS INTENT TO INITIATE PROCEDURES TO TRANSITION FROM AT-LARGE ELECTIONS TO DISTRICT-BASED ELECTIONS PURSUANT TO CALIFORNIA ELECTIONS CODE SECTION 10010 AND AUTHORIZE RELATED ACTIONS

**WHEREAS**, members of the City Council of the City of Folsom ("City") are currently elected in "at-large" elections, in which each councilmember is elected by the registered voters of the entire City without regard to where the candidates reside; and

**WHEREAS**, throughout California, including in the Sacramento region, litigants are alleging that cities and special districts who conduct at-large elections violate the California Voting Rights Act ("CVRA"), and the City is aware of the threat of litigation if the City does not voluntarily change to a "district-based" system for electing our councilmembers; and

**WHEREAS**, courts have opined that the CVRA and its goal of preventing voter dilution is a matter of statewide concern and, therefore, applies to charter cities; and

**WHEREAS**, pursuant to California Elections Code section 14028, a violation of the CVRA may be established if it is shown that racially polarized voting occurs in elections. Pursuant to California Elections Code section 14026(e), "racially polarized voting" is voting in which there is a difference in the choice of candidates that are preferred by voters in a protected class and between the choice of candidates that are preferred by voters in the rest of the electorate; and

**WHEREAS**, the City Council denies that its election system violates the CVRA or any other provision of law, and asserts that the City's election system is legal in all respects, and further denies any wrongdoing whatsoever in connection with the manner in which City Council elections have been conducted; and

**WHEREAS**, the City is committed to diversity and inclusion with respect to its elections; and

**WHEREAS**, the City Council is aware of the exorbitant cost that multiple cities and other public entities have faced in defending and/or settling CVRA litigation, and the impact that the expenditure of such costs could have on the City's ability to provide essential services to the City's residents and businesses; and

**WHEREAS**, the California Legislature, in amendments to California Elections Code Section 10010, has provided a method whereby a jurisdiction can expeditiously transition to a "district-based" election system and thereby avoid the high cost and risk of litigation under the CVRA; and

**WHEREAS**, under a "by-district" election system, each City councilmember will be elected only by the voters in the district in which the candidate resides; and

The foregoing instrument is a correct copy of the original on file in this office.
ATTEST: _C. Tweemant_
City Clerk of the City of Folsom, California

**WHEREAS**, Government Code section 34886 authorizes the City to adopt an ordinance to change to a "by-district" system of electing City Councilmembers without submitting the ordinance to the voters for approval; and

**WHEREAS**, public interest would be served and the purposes of CVRA would be furthered by the City Council consideration of a proposal to transition to a "district-based" election system because of the uncertainty of litigation and the potential extraordinary cost of defending a CVRA lawsuit, even if the City ultimately were to prevail; and

**WHEREAS**, prior to the City Council's consideration of an ordinance to establish district boundaries for a "district-based" election system, California Elections Code Section 10010 requires all of the following:

1. Prior to drawing a draft map or maps of the proposed boundaries of the districts, the City Council shall hold at least two public hearings over a period of no more than 30 days, at which the public will be invited to provide input regarding the composition of the districts.
2. After all maps are drawn, the City shall publish and make available for release at least 1 draft map and, if members of the City Council will be elected in their districts at different times to provide for staggered terms, publish the potential sequence of the elections.

3. The City Council shall also hold at least 2 additional hearings over a period of no more than 45 days, at which the public shall be invited to provide input regarding the content of the draft map or maps and the proposed sequence of elections, if applicable.

4. The first version of a draft map shall be published at least 7 days before consideration at a hearing. If a draft map is revised at or following a hearing, it shall be published and made available to the public for at least 7 days before adoption; and

**WHEREAS**, the U.S. 2020 Census data needed to develop a proposal for a "district-based" election system is not yet available from the United States Census Bureau; and

**WHEREAS**, the adoption of a "district-based" election system will not affect the terms of any sitting Councilmember, each of whom will serve out his or her current term.

**NOW, THEREFORE, BE IT RESOLVED** by the City Council of the City of Folsom as follows:

**SECTION 1.** The City Council hereby expresses its intent to transition to a "by-district" (district-based) system of election of its five City Councilmembers, as set forth herein.

**SECTION 2.** The City Council intends to and shall consider adoption of an ordinance to transition to a "by-district" (district-based) election system as authorized by California Government Code Section 34886 for use in the City's general municipal election for councilmembers, beginning in November 2022 or the next earliest municipal election if the Sacramento County Voter Registration and Elections Department is unable to implement the new "district-based" election areas for the November 2022 election. The City Council does not, at this time, decide the nature of such "district-based" election. Rather, the details of such system shall be determined only after community outreach and appropriate public hearings.

**SECTION 3.** The City Council intends to commence the process for drawing of district maps for district boundaries consistent with the procedures set forth in Elections Code section 10010, including the holding of public hearings and meetings as required by Elections Code section 10010 and/or other applicable law, once the U.S. 2020 Census data (California redistricting file) is made available from the United States Census Bureau.

**SECTION 5.** The City Council directs staff to work with the City's demographer, and with other appropriate consultants as needed, to provide a detailed analysis of the City's current demographics and any other information or data necessary to prepare a draft map that divides the City into voting districts in a manner consistent with the intent and purpose of the CVRA and the Federal Voting Rights Act.

**SECTION 6.** Once the process has been initiated following receipt of the U.S. 2020 Census data (California redistricting file), the City Council directs staff to post or have the demographer post information regarding the proposed transition to a "by-district" (district based) election system, including maps, notices, agendas and other information, to establish a means of communication to answer questions from the public, and to otherwise take the steps necessary to comply with the applicable provisions of the Elections Code.

**SECTION 7.** As soon as the U.S. 2020 Census data (California redistricting file) is released by the U.S. Census, the City will set forth tentative timelines for conducting a public process to solicit public input and testimony on proposed "district-based" electoral maps before the City Council adopts any such map.

**SECTION 8.** If any provision or clause of this Resolution is held invalid, unconstitutional, or otherwise repealed by act of law, such invalidity shall not affect any other provisions or clauses of the same which can be given effect without the invalid provision, clause, or application. To this end, the provisions and clauses of this Resolution hereto are declared to be severable.

**SECTION 9.** This Resolution shall become effective immediately upon its passage and adoption.

**PASSED AND ADOPTED** this 27th day of July 2021 by the following roll-call vote:

| | | |
|---|---|---|
| **AYES:** | Councilmembers: | Howell, Rodriguez, Aquino, Chalamcherla, Kozlowski |
| **NOES:** | Councilmembers: | None |
| **ABSENT:** | Councilmembers: | None |
| **ABSTAIN:** | Councilmembers: | None |

Michael D. Kozlowski, MAYOR

ATTEST:

Lydia Konopka, DEPUTY CITY CLERK

Resolution No. 10575
Page 4 of 4