# EXHIBIT 5

02/15/2022 Item No.1.

## ndc 201 ver 2

| District | | 1 | 2 | 3 | 4 | 5 | Total |
|---|---|---|---|---|---|---|---|
| | Total Pop | 14,929 | 14,763 | 14,502 | 15,757 | 15,087 | 75,038 |
| | Deviation from ideal | -79 | -245 | -506 | 749 | 79 | 1,255 |
| | % Deviation | -0.53% | -1.63% | -3.37% | 4.98% | 0.53% | 8.36% |
| Total Pop | % Hisp | 13.8% | 12% | 9% | 10% | 12% | 11% |
| | % NH White | 59% | 72% | 52% | 52% | 59% | 59% |
| | % NH Black | 2% | 3% | 2% | 2% | 2% | 2% |
| | % Asian-American | 19% | 9% | 33% | 32% | 24% | 23% |
| Citizen Voting Age Pop | Total | 10,176 | 11,936 | 7,458 | 10,222 | 9,494 | 49,286 |
| | % Hisp | 8% | 11% | 9% | 11% | 9% | 10% |
| | % NH White | 75% | 81% | 68% | 68% | 72% | 73% |
| | % NH Black | 1% | 1% | 1% | 3% | 1% | 1% |
| | % Asian/Pac.Isl. | 13% | 6% | 21% | 17% | 17% | 14% |
| Voter Registration (Nov 2020) | Total | 9,355 | 10,621 | 9,355 | 9,384 | 9,574 | 48,289 |
| | % Latino est. | 0% | 0% | 0% | 0% | 0% | 8% |
| | % Spanish-Surnamed | 0% | 0% | 0% | 0% | 0% | 8% |
| | % Asian-Surnamed | 0% | 0% | 0% | 0% | 0% | 8% |
| | % Filipino-Surnamed | 0% | 0% | 0% | 0% | 0% | 1% |
| | % NH White est. | 0% | 0% | 0% | 0% | 0% | 81% |
| | % NH Black | 0% | 0% | 0% | 0% | 0% | 1% |
| Voter Turnout (Nov 2020) | Total | 8,186 | 9,412 | 8,467 | 8,296 | 8,621 | 42,982 |
| | % Latino est. | 0% | 0% | 0% | 0% | 0% | 8% |
| | % Spanish-Surnamed | 0% | 0% | 0% | 0% | 0% | 8% |
| | % Asian-Surnamed | 0% | 0% | 0% | 0% | 0% | 8% |
| | % Filipino-Surnamed | 0% | 0% | 0% | 0% | 0% | 1% |
| | % NH White est. | 0% | 0% | 0% | 0% | 0% | 81% |
| | % NH Black | 0% | 0% | 0% | 0% | 0% | 1% |
| Voter Turnout (Nov 2018) | Total | 5,938 | 7,339 | 5,491 | 5,786 | 6,431 | 30,985 |
| | % Latino est. | 0% | 0% | 0% | 0% | 0% | 7% |
| | % Spanish-Surnamed | 0% | 0% | 0% | 0% | 0% | 7% |
| | % Asian-Surnamed | 0% | 0% | 0% | 0% | 0% | 6% |
| | % Filipino-Surnamed | 0% | 0% | 0% | 0% | 0% | 1% |
| | % NH White est. | 0% | 0% | 0% | 0% | 0% | 84% |
| | % NH Black est. | 0% | 0% | 0% | 0% | 0% | 1% |
| ACS Pop. Est. | Total | 15,588 | 15,301 | 12,095 | 15,181 | 15,174 | 73,339 |
| Age | age0-19 | 30% | 20% | 34% | 28% | 28% | 28% |
| | age20-60 | 53% | 49% | 53% | 57% | 54% | 53% |
| | age60plus | 18% | 31% | 13% | 15% | 18% | 19% |
| Immigration | immigrants | 16% | 11% | 21% | 18% | 22% | 17% |
| | naturalized | 49% | 63% | 65% | 54% | 50% | 55% |
| Language spoken at home | english | 79% | 86% | 73% | 75% | 73% | 77% |
| | spanish | 8% | 6% | 3% | 4% | 3% | 5% |
| | asian-lang | 7% | 3% | 11% | 11% | 12% | 9% |
| | other lang | 6% | 5% | 13% | 11% | 11% | 9% |
| Language Fluency | Speaks Eng. "Less than Very Well" | 6% | 3% | 5% | 6% | 5% | 5% |
| Education (among those age 25+) | hs-grad | 37% | 40% | 21% | 28% | 26% | 31% |
| | bachelor | 29% | 30% | 39% | 33% | 37% | 33% |
| | graduatedegree | 16% | 15% | 28% | 27% | 28% | 22% |
| Child in Household | child-under18 | 39% | 25% | 52% | 39% | 41% | 38% |
| Pct of Pop. Age 16+ | employed | 66% | 60% | 70% | 71% | 68% | 67% |
| Household Income | income 0-25k | 12% | 14% | 4% | 7% | 7% | 9% |
| | income 25-50k | 15% | 15% | 6% | 9% | 8% | 11% |
| | income 50-75k | 13% | 14% | 8% | 14% | 11% | 12% |
| | income 75-200k | 44% | 43% | 50% | 52% | 53% | 48% |
| | income 200k-plus | 15% | 14% | 32% | 18% | 21% | 19% |
| Housing Stats | single family | 73% | 81% | 94% | 79% | 74% | 79% |
| | multi-family | 27% | 19% | 6% | 21% | 26% | 21% |
| | rented | 39% | 31% | 15% | 32% | 30% | 30% |
| | owned | 61% | 69% | 85% | 68% | 70% | 70% |

Total population data from the 2010 Decennial Census.
Surname-based Voter Registration and Turnout data from the California Statewide Database.
Latino voter registration and turnout data are Spanish-surname counts adjusted using Census Population Department undercount estimates. NH White and NH Black registration and turnout counts estimated by NDC. Citizen Voting Age Pop, Age, Immigration, and other demographics from the 2013-2017 American Community Survey and Special Tabulation 5-year data.

The foregoing instrument is a correct copy of the original on file in this office.
ATTEST: C. Freemante
City Clerk of the City of Folsom, CA