# EXHIBIT 6

**Daniel Richards**

| | |
|---|---|
| **From:** | caed_cmecf_helpdesk@caed.uscourts.gov |
| **Sent:** | Wednesday, March 23, 2022 2:37 PM |
| **To:** | CourtMail@caed.uscourts.dcn |
| **Subject:** | Activity in Case 2:22-cv-00534-JAM-JDP Shetty et al v. City of Folsom Civil New Case Documents for JAM. |

**CAUTION - EXTERNAL SENDER.**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Eastern District of California - Live System

## Notice of Electronic Filing

The following transaction was entered on 3/23/2022 at 2:35 PM PDT and filed on 3/23/2022

**Case Name:**    Shetty et al v. City of Folsom
**Case Number:**  2:22-cv-00534-JAM-JDP
**Filer:**
**Document Number:** 6

**Docket Text:**
**CIVIL NEW CASE DOCUMENTS ISSUED. (Mena-Sanchez, L)**

**2:22-cv-00534-JAM-JDP Notice has been electronically mailed to:**

Jeffrey Vincent Dunn     jeffrey.dunn@bbklaw.com, kerry.keefe@bbklaw.com, daniel.richards@bbklaw.com

Scott Rafferty     rafferty@gmail.com

**2:22-cv-00534-JAM-JDP Electronically filed documents must be served conventionally by the filer to:**