# EXHIBIT 7

## Daniel Richards

| | |
|---|---|
| **From:** | Daniel Richards |
| **Sent:** | Wednesday, March 23, 2022 3:27 PM |
| **To:** | 'Scott Rafferty'; Kerry Keefe |
| **Cc:** | Steven Wang; Jeffrey Dunn |
| **Subject:** | RE: Shetty v Folsom |
| **Attachments:** | show_temp-c1-c1.pdf |

Hello Mr. Rafferty,

Certainly. These documents are in the process of being filed with the state court and served on your office, but we'd be happy to separately electronically transmit courtesy copies (you should receive any further filing automatically through CM/EMF). Kerry, would you transmit to Mr. Rafferty the notice of removal and associated exhibits and other case opening documents?

Also, the City is contemplating a Rule 12(b)(6) motion to dismiss as to Plaintiffs' First through Seventh Causes of Action. Per the attached Order re Filing Requirements for Cases Assigned to Judge Mendez, we are required to meet and confer five days in advance of filing a motion to dismiss. Because our responsive pleading deadline will be next Wednesday, are you available for a telephonic meet and confer sometime Friday? We'll be prepared to discuss substantially more on the call, but in advance of the call I can send a brief description of the basis for the contemplated motion. Thank you.

Best regards,

Daniel Richards

**From:** Scott Rafferty <rafferty@gmail.com>
**Sent:** Wednesday, March 23, 2022 2:58 PM
**To:** Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>; Steven Wang <swang@folsom.ca.us>; Daniel Richards <Daniel.Richards@bbklaw.com>
**Subject:** Re: Shetty v Folsom

**CAUTION - EXTERNAL SENDER.**

Would you please provide a copy of the court filings that you have made since appearing yesterday?

Scott Rafferty
1913 Whitecliff Ct
Walnut Creek CA 94596
 mobile 202-380-5525

On Tue, Mar 22, 2022 at 5:09 PM Scott Rafferty <rafferty@gmail.com> wrote:
> Please advise me of the purposes of your representation, which my clients have asked me to explain.  Is the city prepared to submit its proposed map for approval by the court and avoid the accumulation of additional fees?--
> Sent from My iPhone 1913 Whitecliff Ct Walnut Creek CA 94596 202-380-5525