# EXHIBIT 8

**Daniel Richards**

| | |
|---|---|
| **From:** | Scott Rafferty <rafferty@gmail.com> |
| **Sent:** | Thursday, March 24, 2022 11:29 AM |
| **To:** | Daniel Richards |
| **Cc:** | Jeffrey Dunn; Kerry Keefe; Steven Wang |
| **Subject:** | Re: Shetty v Folsom |

**CAUTION - EXTERNAL SENDER.**

I am sorry that you were unable to return my call. I am traveling tomorrow and will not be available to meet or even to confer by phone. You state that this is the LAST day for a required meet and confer, which assumes that a 12(b)(6) motion can be filed on Wednesday.

On Wed, Mar 23, 2022 at 3:27 PM Daniel Richards <Daniel.Richards@bbklaw.com> wrote:

> Hello Mr. Rafferty,
>
> Certainly. These documents are in the process of being filed with the state court and served on your office, but we'd be happy to separately electronically transmit courtesy copies (you should receive any further filing automatically through CM/EMF). Kerry, would you transmit to Mr. Rafferty the notice of removal and associated exhibits and other case opening documents?
>
> Also, the City is contemplating a Rule 12(b)(6) motion to dismiss as to Plaintiffs' First through Seventh Causes of Action. Per the attached Order re Filing Requirements for Cases Assigned to Judge Mendez, we are required to meet and confer five days in advance of filing a motion to dismiss. Because our responsive pleading deadline will be next Wednesday, are you available for a telephonic meet and confer sometime Friday? We'll be prepared to discuss substantially more on the call, but in advance of the call I can send a brief description of the basis for the contemplated motion. Thank you.
>
> Best regards,
>
> Daniel Richards
>
> **From:** Scott Rafferty <rafferty@gmail.com>
> **Sent:** Wednesday, March 23, 2022 2:58 PM
> **To:** Jeffrey Dunn <jeffrey.dunn@BBKLAW.COM>; Steven Wang <swang@folsom.ca.us>; Daniel Richards

1

<Daniel.Richards@bbklaw.com>
**Subject:** Re: Shetty v Folsom



Would you please provide a copy of the court filings that you have made since appearing yesterday?

Scott Rafferty
1913 Whitecliff Ct

Walnut Creek CA 94596
mobile 202-380-5525

On Tue, Mar 22, 2022 at 5:09 PM Scott Rafferty <rafferty@gmail.com> wrote:

> Please advise me of the purposes of your representation, which my clients have asked me to explain.  Is the city prepared to submit its proposed map for approval by the court and avoid the accumulation of additional fees?--
>
> Sent from My iPhone 1913 Whitecliff Ct Walnut Creek CA 94596 202-380-5525

This email and any files or attachments transmitted with it may contain privileged or otherwise confidential information. If you are not the intended recipient, or believe that you may have received this communication in error, please advise the sender via reply email and immediately delete the email you received.

--
Sent from My iPhone 1913 Whitecliff Ct Walnut Creek CA 94596 202-380-5525