# EXHIBIT 14

STEVEN WANG, Bar No. 191168
City Attorney
swang@folsom.ca.us
SARI MYERS DIERKING, Bar No. 226805
sdierking@folsom.ca.us
Assistant City Attorney
CITY OF FOLSOM
50 Natoma Street
Folsom, California 95630
Telephone: (916) 461-6025
Facsimile: (916) 351-0536

JEFFREY V. DUNN, Bar No. 131926
jeffrey.dunn@bbklaw.com
DANIEL L. RICHARDS, Bar No. 315552
daniel.richards@bbklaw.com
BEST BEST & KRIEGER LLP
18101 Von Karman Avenue, Suite 1000
Irvine, California 92612
Telephone: (949) 263-2600
Facsimile: (949) 260-0972

Attorneys for Defendants
CITY OF FOLSOM

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, AND NEIGHBORHOOD ELECTIONS NOW, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF FOLSOM, <br><br> Defendants. | Case No. 2-22-CV-00534-JAM-JDP <br><br> **INITIAL STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144)** <br><br> Case Removed: 03/22/2022 <br><br> Current Response Date: 03/30/2022 <br><br> New Response Date: 04/06/2022 |

## STIPULATION

Pursuant to Local Rule 144, Plaintiffs Hari Shetty, Kavita Sood, and Neighborhood Elections Now ("Plaintiffs"), by and through their attorney, Scott J. Rafferty, and Defendant City of Folsom ("City") by and through its attorneys of record, Jeffery V. Dunn of Best Best & Krieger LLP, hereby stipulate to extend the time in which Defendant has to respond to Plaintiffs' First Amended Complaint, as follows:

WHEREAS, Defendants file a Notice of Removal on March 23, 2022; and

WHEREAS, Defendant's response is currently due on March 20, 2022; and

WHEREAS, Defendant has not previously obtained any extension of time to respond to the First Amended Complaint; and

WHEREAS, this stipulation, the first such stipulation, does not extend the time for more than a total of twenty-eight (28) days from the date the response initially would have been due.

NOW THEREFORE,

Defendant and Plaintiffs stipulate and agree that the time for Defendant to respond to the First Amended Complaint is extended by seven days, until April 6, 2022.

IT IS SO STIPULATED.

Dated: March ___, 2022                    BEST BEST & KRIEGER LLP


                                          By: /s/ Jeffrey V. Dunn
                                              JEFFREY V. DUNN
                                              DANIEL L. RICHARDS

                                              Attorneys for Defendants
                                              CITY OF FOLSOM

If authorized:
[/s/ Scott J. Rafferty (as authorized on March 25, 2022)]

Dated: March ___, 2022

By: _____
SCOTT J. RAFFERTY

Counsel for Plaintiffs

**SIGNATURE ATTESTATION**

I, Jeffrey V. Dunn, attest that all other signatories concur in this filing's content and have authorized this filing.

Dated: March ___, 2022                BEST BEST & KRIEGER LLP


By: _____
JEFFERY V. DUNN

Attorneys for Defendant
CITY OF FOLSOM

STIPULATION