UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, AND NEIGHBORHOOD ELECTIONS NOW PLAINTIFFS,<br><br>vs.<br><br>CITY OF FOLSOM,<br><br>DEFDENDANT | Civil Action No. 22-cv-00534-JAM-JDP<br><br>PRELIMINARY INJUNCTION [PROPOSED ORDER] |

This cause came on to be heard on _____, 2022 on plaintiffs' motion for a preliminary injunction, At that hearing, the court considered the complaint, the declarations submitted in support of the motion and in opposition to it.  The court also received evidence and heart arguments of counsel in open court.

FINDINGS OF FACT

1. Racially polarized voting has occurred in the City of Folsom.

CONCLUSIONS OF LAW

1. The at-large method of electing members to Folsom City Council violates the California Voting Rights Act.

2. Plans to conduct by-district elections that schedule the district with the highest Asian population for election in November 2022 and subsequent statewide

gubernatorial elections do not adequately remedy the violation of the CVRA.

After due consideration, it appears to the court that the defendants have threatened to implement district boundaries and a sequence of elections without a judicial determination that these measures adequately remedy for the violation of the California Voting Rights Act (CVRA) that plaintiffs are likely to show at trial. No bond is required.

Therefore, it is ORDERED that the City of Folsom (Folsom), its officers, agents, employees, attorneys and all those in active concert or participation with them, including county election officials, are hereby enjoined from establishing, maintaining, certifying or implementing any map of electoral districts or sequence of district elections until and unless that map and sequence shall be approved by this Court,

AND IT IS FURTHER ORDERED that the City of Folsom, its officer, agents, employees, attorneys and all those in active concert or participation with them, including county election officials and the county Board of Supervisors, are hereby enjoined from ordering, calling, consolidating or certifying the results of any election for Folsom City Council that is conducted at-large or by districts according to a map and sequence not approved by this Court.

Dated: _____              _____

UNITED STATES DISTRICT JUDGE