Scott Rafferty (SBD 224389)
1913 Whitecliff Court
Walnut Creek CA 94596
202-380-5525
rafferty@gmail.com
Attorney for PLAINTIFFS

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, AND NEIGHBORHOOD ELECTIONS NOW<br><br>PLAINTIFFS,<br><br>vs.<br><br>CITY OF FOLSOM,<br><br>DEFENDANT | Case No. 22-cv-00534-JAM-JDP<br><br>Declaration of Cheryl Davis |

I, Cheryl Davis, do hereby certify and declare as follows:

1. I have been a resident of Folsom, California for 13 years, and am registered as a voter in the city.

2. The facts set forth in this declaration are within my personal knowledge and, if called as a witness, I could and would competently testify as follows.

3. I am a principal author of the "Dooley map," which was created to follow

neighborhood boundaries and to create districts that combined these neighborhoods in ways that respected common interests of the voters.

4.  Preferred Map 2 does not respect communities of interest, it gerrymanders districts to benefit Councilmembers by splitting the major neighborhoods of Lexington Hills, Prairie Oaks, Willows Oaks, parts of East Broadstone and Central Folsom.

5.  I am the author of the attached January 31, 2022 and February 20, 2022 emails to the City Council, which I incorporate herein. It is part of the record of the proceeding. As of May 6, 2022, they could be downloaded from:

https://www.folsom.ca.us/home/showpublisheddocument/9563/637811164518500000

https://www.folsom.ca.us/home/showpublisheddocument/9205/637793220548570000

6.  As described therein, the demographer used a coded message – briefly flashing five dots – when the Council considered changes that would place more than one of them in the same district. This was discovered only after watching the meeting in slow motion after the fact.

7.  As further noted, the Mayor dismissed comments from members of the public that she did not "even know."

8.  At the public hearing on February 8, 2022, the Council spent almost three hours "squeezing a balloon," directing dozens of "trades," "swaps," as well as ten "grabs" and two "snags," ignoring warnings form its own demographer that it "looks funny." e.g., 2/8/22, tr. 122:33 ("grab the stuff - that tiny bit"), 148:55 ("just grab them"), 186:52 ("grab… looks funny").

9. I also attach an email from member Koslowski, dated February 17, 2022 rebuking constituents for trying to keep neighborhoods together, stating that neighborhoods should be represented by more than one councilmember, and stating that he had "no interest in dividing the city into districts … it gives rise to conflict and factions." It is part of the city's records and was downloaded from https://www.folsom.ca.us/home/showpubplisheddocument/9527/637806933090770000 In my opinion, his desire to split neighborhoods reflects an attempt to perpetuate the effects of the current at-large system and avoiding the election of council members who are accountable to a cohesive neighborhood. This does not appear to be a good faith effort to comply with the CVRA and the FAIR MAPS Act.

I certify under penalty of perjury that the foregoing is true and correct.

May 6, 2022  *Cheryl S Davis* (signature)

