UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| HARI SHETTY, KAVITA SOOD, AND NEIGHBORHOOD ELECTIONS NOW PLAINTIFFS,<br><br>vs.<br><br>CITY OF FOLSOM,<br><br>DEFDENDANT | Civil Action No. 22-cv-00534-JAM-JDP<br><br>ORDER GRANTING ADMINISTRATIVE RELIEF<br>(ECF ERROR) |

On motion of Plaintiffs, it is hereby ORDERED

That "Rafferty Declaration 201-260" may be processed as filed on April 8, 2022, nunc pro tunc April 6, 2022 and errata to the transcript excerpts may be file by April 9, 2022.

DATED: May 16, 2022         /s/ John A. Mendez
                            THE HONORABLE JOHN A. MENDEZ
                            UNITED STATES DISTRICT COURT JUDGE